| | | | |
|---|---|---|---|
| Com. v. Bailey ..... | 08/02/2016 | Denied | Pa.Super., |
| | 148 EAL (2016) | | 144 A.3d 192 |
| Com. v. Baney ..... | 10/26/2015 | Denied | No. 28 MDM 2015 |
| | 490 MAL (2015) | | |
| Com. v. Barrett..... | 07/19/2016 | Denied | Pa.Super., |
| | 159 MAL (2016) | | 141 A.3d 582 |
| Com. v. Berry [6] ..... | 07/27/2016 | Denied | Pa.Super., |
| | 138 EAL (2016) | | 144 A.3d 186 |
| Com. v. Bonner [7] ... | 07/27/2016 | Denied | Pa.Super., |
| | 123 WAL (2016) | | 135 A.3d 592 |
| Com. v. Bost ....... | 08/02/2016 | Denied | Pa.Super., |
| | 142 EAL (2016) | | 144 A.3d 202 |
| Com. v. Brown [8] .... | 07/26/2016 | Denied | Pa.Super., |
| | 93 EAL (2016) | | 134 A.3d 1097 |
| Com. v. Brown [9] .... | 07/27/2016 | Denied | Pa.Super., |
| | 207 MAL (2016) | | 141 A.3d 596 |
| Com. v. Buxton .... | 07/19/2016 | Denied | Pa.Super., |
| | 115 WAL (2016) | | 144 A.3d 187 |
| Com. v. Byrd [10] ..... | 07/26/2016 | Denied | Pa.Super., |
| | 109 EAL (2016) | | 141 A.3d 602 |
| Com. v. Campbell [11] | 07/27/2016 | Denied | Pa.Super., |
| | 287 MAL (2016) | | 136 A.3d 1034 |

**6.** Justice MUNDY did not participate in the consideration or decision of this matter.

**7.** Justice MUNDY did not participate in the consideration or decision of this matter.

**8.** Justice MUNDY did not participate in the consideration or decision of this matter.

**9.** Justice MUNDY did not participate in the consideration or decision of this matter.

**10.** Justice MUNDY did not participate in the consideration or decision of this matter.

**11.** Justice MUNDY did not participate in the consideration or decision of this matter.